No. 96–6121.  STEPHANS v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 96–6122.  PAYTON v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 96–6127.  FRANKS v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 96–6128.  ESTEBAN MORENO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 96–6131.  JONES v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 96–6134.  RAMIREZ-FERRER v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 96–6140.  ADAMS v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 96–6141.  BAEZ v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 96–6144.  POLANCO v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 96–6145.  PRITCHETT v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 96–6146.  LYNCH v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 96–6147.  MATTHEWS v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 96–6149.  ROACH v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 96–6150.  LUNDIS v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 96–6151.  JAMAL v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 96–6154.  PATCH v. RICHARDSON, COMMISSIONER OF INTERNAL REVENUE.  C. A. 4th Cir.  Certiorari denied.